# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLORO CAUTON, | CV F 06 0015 REC SMS P |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE WHY THE ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE |
| USA, | |
| Defendants. | |

    Floro Cauton ("Plaintiff") is a federal prisoner proceeding pro se and in forma pauperis in this civil action. Plaintiff seeks relief pursuant to <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971), which provides a remedy for violation of civil rights by federal actors.

    Plaintiff filed the instant action on January 6, 2006. The Court issued New Case Documents the same day which were served on Plaintiff and returned to the Court marked "not at this address."

1

Pursuant to Local Rule 83-183(b), a party appearing in propria persona is required to keep the court apprised of his or her current address at all times.  Local Rule 83-183(b) provides, in pertinent part:

> If mail directed to a plaintiff in propria persona by the Clerk is returned by the U.S. Postal Service, and if such plaintiff fails to notify the Court and opposing parties within sixty (60) days thereafter of a current address, the Court may dismiss the action without prejudice for failure to prosecute.

In the instant case, several months have passed since Plaintiff's mail was returned and he has still not notified the court of a current address.  Accordingly, the Court HEREBY ORDERS:

1. Plaintiff to SHOW CAUSE within TWENTY (20) days of the date of service of this Order, why the action should not be dismissed for failing to prosecute by keeping the Court apprised of his current address.

Petitioner is forewarned that his failure to comply with this order will result in a Recommendation that the action be dismissed.

IT IS SO ORDERED.

**Dated:   February 7, 2006**              /s/ Sandra M. Snyder
icido3                                                    UNITED STATES MAGISTRATE JUDGE