UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLORO CAUTON, | 1:06-cv-00015-REC-SMS-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATION** (Doc. 6), **DISMISSING ACTION AND DIRECTING CLERK TO ENTER JUDGMENT FOR DEFENDANT** |
| vs. | |
| USA, | |
| Defendant. | |

Plaintiff, Floro Cauton ("plaintiff"), is a federal prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971).  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On March 15, 2006, the Magistrate Judge filed Findings and Recommendation herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendation were to be filed within fifteen (15) days.  To date, the parties have not filed objections thereto.[1]

---

[1] The United States Postal Service returned the order served on plaintiff on March 31, 2006, as undeliverable.  A notation on the envelope indicated:  Return to Sender - Not at this address.  However, plaintiff has not notified the court of any change in his address.  Absent such notice, service at a party's prior address is fully

1

1  In accordance with the provisions of 28 U.S.C.
2  § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3  de novo review of this case.  Having carefully reviewed the
4  entire file, the Court finds the Findings and Recommendation to
5  be supported by the record and by proper analysis.

6  Accordingly, IT IS HEREBY ORDERED that:

7  1.  The Findings and Recommendation, filed March 15, 2006,
8  are ADOPTED in full;

9  2.  This action is DISMISSED for plaintiff's failure to
10 comply with the court's order of February 8, 2006, and for
11 failure to prosecute;

12 3.  The Clerk of the Court is directed to enter judgment
13 for defendant.

14 IT IS SO ORDERED.

**Dated:  April 17, 2006**              /s/ Robert E. Coyle
668554                                  UNITED STATES DISTRICT JUDGE

---

effective.  See Local Rule 83-182(f).

2